| Date | Pleading Number | |
|---|---|---|
| 4/9/71 | 1. | MOTION & SUPPORTING MEMORANDUM of Stanley R. Resor, Ind. and as Secretary of the Army, Lt. General Frederick J. Clark, Ind. and as Chief Engineer, U.S. Army Corps of Engineers, Col. A. S. Fullerton, Ind. and as District Engineer, Jacksonville District, Corps of Engineers, Russell E. Train, Ind. and as Chairman of Counsil on Environmental Quality (also Dr. Gordon, MacDonald, Ind. and as a member of the Council in Environmental Quality, and the Corps of Engineers of Army of the U. S.  Exhibits attached.; certificate of service; one case in District of Columbia and one case in Middle District of Florida |
| 4/21/71 | | HEARING ORDER entered seting May 26, 1971, Washington, D. C. (A-1 & A-2) |
| 4/26/71 | 2. | Brief of Canal Authority |
| 4/26/71 | 3. | Response of Environmental Defense Fund, et al. |
| 4/28/71 | 4. | Response of Jacksonville Port Authority |
| 7/27/71 | | CONSENT OF HON. Joseph P. Lieb, Chief Judge for Hon. Harvey M. Johnson to conduct coordinated or consolidated pretrial proceedings |
| 7/27/71 | | OPINION AND ORDER transferring (DC 2655-69) to the M.D. Florida to Judge Harvey M. Johnson (8th. Cir.) |
| 2/18/76 | | ORDER REQUESTING STATUS OF LITIGATION -- Notified counsel |
| 3/4/76 | 5 | STATUS REPORT -- ENVIRONMENTAL DEFENSE FUND and FLORIDA DEFENDERS OF THE ENVIRONMENT |
| 3/8/76 | 6 | STATUS REPORT -- CANAL AUTHORITY AND STATE OF FLORIDA |
| 3/5/76 | 7 | FEDERAL DEFENDANTS -- STATUS REPORT w/cert. of service |
| 5/4/76 | | ORDER -- Reassigning litigation to Honorable Louis C. Bechtle under 28 U.S.C. §1407 sitting in the M.D. FLORIDA to handle litigation |

OPINION AND ORDER OF JULY 27, 1971, *329* F. SUPP. *543*.

DOCKET NO. 70

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed 8/21/81

Description of Litigation — Computer ID No. 530

IN RE CROSS-FLORIDA BARGE CANAL LITIGATION

Transferred to Louis C. Bechtle M.D. Florida (~~Judge Harvey M. Johnsen~~) (8th Cir.) on 7/27/71

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Environmental Defense Fund, Inc., et al. v. Corps of Engineers of the United States Army, et al. | D.C. 2655-69 71-652-Civ-J-S | | Closed 8/21/81 | 71-652-Civ-J 810-5-S |
| A-2 | The Canal Authority of the State of Florida, etc., et al. v. Stanley R. Resor, et al. | M.D. Fla. 71-92-Civ-J | McRae Scott | Closed 8/21/81 | Jacksonville Division |
| XYZ-1 | The Cross-Florida Canal Association, et al. v. Stanley R. Resor, et al. | M.D. Fla. 71-486-Civ-J-S | | Closed 8/21/81 | |
| XYZ-2 | Eleanor H. Miller and Robert E. Hudson etc. v. Avery S. Fullerton and Emory Close, et al. | M.D. Fla. 71-489-J-S | Scott | Closed 8/21/81 | |
| XYZ-3 | J. G. Perko v. The Canal Authority of the State of Florida, et al. | M.D. Fla. 71-26-Civ-OC | OC | Closed 8/21/81 | |

Verified Correct by Transferee Clerk - May 1975
" " " " July 1976
" " " " July 1978
July 1979 - Same
July 1980 - Same
July 1981 - Same
July 1982 - Closed

DOCKET NO. 70

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CROSS-FLORIDA BARGE CANAL LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| 1 | ENVIRONMENTAL DEFENSE FUND, INC.<br>FLORIDA DEFENDERS OF THE ENVIRONMENT<br>JOHN H. COUSE; Edward N. Henderson;<br>Thadeus House, Tony McDermitt; William<br>S. Martin; Laddy A. Peebles, Jr.;<br>Ernest T. Peterson; Russell Frank<br>Simons, Jr.; Victor N. Skidmore, Jr.;<br>Carey B. Underwood<br><br>    Jon T. Brown, Esquire<br>    1700 Pennsylvania, Ave., N.W.<br>    Washington, D. C.  20006<br><br>CANAL AUTHORITY OF THE STATE OF FLORIDA<br>    Ralph E. Elliott, Esquire<br>    Decker, Elliott & Kaler, P.A.<br>    815 American Heritage Life Bldg.<br>    Jacksonville, Florida  32202<br><br>    John H. Gullett, Esquire<br>    Suite 522<br>    1250 Connecticut Ave., N. W.<br>    Washington, D. C.  200336<br><br>JACKSONVILLE PORT AUTHORITY<br>    James C. Rinaman, Jr., Esquire<br>    1300 City Hall<br>    Jacksonville, Florida  32202 | CORPS OF ENGINEERS OF U. S. ARMY<br>STANLEY R. RESOR, SECRETARY OF ARMY<br>GEN. FREDERICK J. CLARKE, Chief of<br>    Engineers, Corps of Engineers<br>COL. A. S. FULLERTON, District Engineer,<br>    Jacksonville District Corps of Engineer<br>RUSSELL E. TRAIN, Chairman, Council on<br>    Environmental Quality<br>ROBERT CAHN, Member, Council on Environ-<br>    mental Quality<br>DR. GORDON MacDonald, Member, Council on<br>    Environmental Quality<br><br>    Gary b. Randall, Esquire<br>    Land and Natural Resources Section<br>    Departmentof Justice<br>    Civil Division<br>    Washington, D.C.  20530 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 70 -- In re Cross-Florida Barge Canal Litigation

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Corps of Engineers of U.S. Army | A-1 ; |
| Stanley R. Resor, Sec. of Army | A-1; A-2 |
| General Frederick J. Clarke, Chief of Engineers, Corps of Engineers | A-1; A-2 |
| Canal Authority of the State of Florida | A-1- A-1 def. in intervention |
| Jacksonville Port Authority | A-1 moving to intervene as party defendant; A-2 moving to intervene as party plaintiff |
| Col. A. S. Fullerton, Ind. & as District Engineer, Jacksonville Dis. Corps of Eng. | A-2 |
| Russell E. Train, Ind. & as Pres. Council on Environmental Quality | A-2 |
| Dr. Gordon MacDonald, Ind. & as Pres.'s Counsel on Environmental Quality | A-2 |
| Robert Cahn, Ind. & as Pres.t's Council on Environmental Quality | A-2 |
| | |